AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

AMETHYST ENTERPRISE INC.,
a Florida Corporation, and
AMETHYST DISTRIBUTORS, LLC,
a Florida Limited Liability Company

*Plaintiff(s)*

v.   Civil Action No. 0:25-cv-62658-AHS

FLORIDA BD TRADING LLC
d/b/a SKY HIGH SMOKE SHOP,
a Florida Limited Liability Company

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  FLORIDA BD TRADING LLC
d/b/a SKY HIGH SMOKE SHOP
6423 Stirling Road, Unit 5
Davie, FL 33314
Attn: Romij U. Ahammad

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Kaustubh Nadkarni, Esq.
Nadkarni Law PLLC
1900 N. Bayshore Dr., Unit 1A, Suite 140
Miami, FL 33132

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 12/29/2025

Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Micky Quezada*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

AMETHYST ENTERPRISE INC.,
a Florida Corporation, and
AMETHYST DISTRIBUTORS, LLC,
a Florida Limited Liability Company

*Plaintiff(s)*

v.   Civil Action No. 0:25-cv-62658-AHS

FLORIDA BD TRADING LLC
d/b/a SKY HIGH SMOKE SHOP,
a Florida Limited Liability Company

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  FLORIDA BD TRADING LLC
d/b/a SKY HIGH SMOKE SHOP
6107 Garden Court
Davie, FL 33314
Attn: Romij U. Ahammad

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Kaustubh Nadkarni, Esq.
Nadkarni Law PLLC
1900 N. Bayshore Dr., Unit 1A, Suite 140
Miami, FL 33132

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 12/29/2025

Angela E. Noble
Clerk of Court

SUMMONS

s/ Micky Quezada
Deputy Clerk
U.S. District Courts